

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-304-CR

THE STATE OF TEXAS                                          STATE

V.

ROBERT VALDEZ                                             APPELLEE

----------

## FROM COUNTY CRIMINAL COURT NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "State's Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.*; Tex. R. App. P. 43.2(f).

It is further ordered that the State shall pay all costs of this appeal, for which let execution issue. *See* Tex. Code Crim. Proc. Ann. art. 44.01(f) (Vernon Supp. 2004-05).

                                                      PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

---

[1]... *See* Tex. R. App. P. 47.4.

DELIVERED: April 22, 2010